Joseph A. Weber, Esq. (State Bar No. 133297)
Fritz J. Firman, Esq. (State Bar No. 117011)
WEBER FIRMAN
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In Re:

**Stacy Ondine Corban**

              Debtor

Case No.: 8:16-bk-15406 CB

Chapter 13

**DECLARATION OF STACY ONDINE RE FEASIBILITY, INCOME AND CIRCUMSTANCES OF PRIOR FILINGS**

Date: 03/16/2017

Time: 1:30 pm

Crtrm: 5D

//
///
//
//
//

1

# DECLARATION OF STACY ONDINE

I, Stacy Corban, declare:

1. I am an over the age of 18 years and the matters set forth herein are of my own personal knowledge and if called and sworn as a witness herein, I could and would competently testify thereto.

2. I am the Debtor in the above-captioned Chapter 13 case. I filed my Chapter 13 case on December 13, 2016.

3. My full name is Stacy Ondine Corban. I am legally married to Daniel Corban, however, we are estranged, separated and not living in the same house. We have not lived in the same house since 2013. I fully anticipate divorcing Daniel Corban.

4. Daniel Corban and I have a long-term marriage. We have been married for 22 years. Daniel Corban and I have 4 children together, 3 biological; a daughter Sierra age 21, a son Kobe age 18, and a daughter Moriah age 15. Our oldest, age 27 years, Charis, is my biological cousin that we acknowledge as our adopted daughter. She was/is troubled and we retained long term legal guardianship and custody of her from the time of her youth until she was an adult. She continued to live in our home for many years as an adult pursuing college, jobs and ultimately joining the military. She no longer resides in our home however her daughter, my granddaughter, Meg age 6 has lived in my home full time since she was 18 months old and I have had full custody of her since 2012. I have and continue to homeschool all of my children and now my granddaughter. We have been very fortunate to be members of a great private school called Saddleback Christian Academy since 2003 that homeschoolers can participate in classes, field trips, be part of mock trial, team sports, etc. located less than a mile from our family home since. My daughter age 21, my son age 18, my daughter age 15 and my granddaughter age 6 all reside with me at the family home located at 22596 Killy Street, Lake Forest, California.

5. Since 2013, I have been seriously ill. I have required numerous

surgeries since 2013 and I am currently unable to work.

6. My husband, Daniel Corban, is employed by the Fire Department for the County of San Bernardino. Daniel Corban has been employed with the Fire Department since 2007.

7. My husband and I have spoken with attorneys regarding family law issues and they have consistently advised us that given our 22 year marriage, that I am unable to work due to my health, that I homeschool our children and the fact that we have 2 minor children and a 21 year old daughter in school, that I would receive substantial support, and am even a candidate for lifelong support. Currently, I receive 50% of Daniel's income from San Manuel Fire Department, which is deposited directly into my bank account and have consistently without fail. Attached hereto marked Exhibit 1 is a true and correct copy of a recent bank statement showing the deposit from Daniel's check into my account. Attached hereto marked Exhibit 2 is a true and correct copy of Daniel's paystub, which I personally obtained from Daniel Corban.

8. My estranged husband, Daniel Corban, filed a Chapter 13 case on January 5, 2016, Case No. 8:16-bk-10024 in pro se. On January 25, 2016, the court dismissed Daniel Corban's Chapter 13 case, Case No. 8:16-bk-10024, for failure to file Schedules and a Plan.

9. On July 15, 2016, Daniel Corban filed a second Chapter 13 case, Case No. 8:16-bk-12986. Daniel Corban attempted to do his second case in pro se as well. On July 18, 2016, the court entered an order in Case No. 8:16-bk-12986. A true and correct copy of the court's order is attached hereto marked Exhibit 3. I do not know what possessed my estranged husband to attempt to do the Chapter 13 cases to save the family in pro se, without the assistance of an attorney.

10. It became apparent that I could not rely on my estranged husband in order to properly file and prosecute a Chapter 13 case to save the family home in which I and our children reside. Accordingly, even though I didn't want to and I

have always paid my debts, I filed the above-captioned Chapter 13 case in order to save the home in which my children and I reside.

11. There is significant equity in my home located at 22596 Killy Street, Lake Forest, California. My house is worth at least $508,000 and I owe approximately $349,000 on my house.

12. Between receiving half of my husband's income, which is deposited directly into my bank account from his employer, the San Bernardino County Fire Authority, and the contributions from my children, I believe that I will be able to make the payments due under my Chapter 13 Plan and complete my Chapter 13 Plan.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of March, 2017 at Lake Forest, California.

_____
Stacy Ondine, Declarant

3
DECLARATION OF STACY CORBAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF STACY ONDINE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/14/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Chapter 13 Trustee Amrane Cohen - amrane@ch13ac.com; efile@ch13ac.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On __3/14/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Catherine E. Bauer
US Bankruptcy Court
411 W. Fourth Street, Ste. 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/14/2017 | Jackson Clerisse | */s/ Jackson Clerisse* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **9013-3.1.PROOF.SERVICE**